CITY OF NEWNAN *v.* DAVISTON.

1. .A petition alleging that plaintiff in walking along a city sidewalk fell and was thrown to the ground, her foot going into a hole or washout, practically concealed by grass, which had existed for two weeks or more, could be so amended as to charge that the fall and damage resulting therefrom were by reason of stepping into the hole, and, as amended, set forth a cause of action.

2. The suit being for damages occasioned by keeping and maintaining the sidewalk in a defective condition, it was irrelevant, but harmless, to charge that the law requires of cities ordinary care in *constructing* and keeping their sidewalks in a safe condition.

3. Taking the charge as a whole, and considering the instructions complained of in connection with their immediate context, the judge did not express an opinion as to what had been proved. Civil Code, § 4334.

4. Where the charge fully sets forth the general principles applicable to the case, if either party desires more specific instructions, requests to that effect must be presented.

5. The evidence was conflicting, the damages were not excessive, and the verdict was not contrary to law.        *Judgment affirmed.    By five Justices.*

Submitted May 12, — Decided May 30, 1903.,

Action for damages.     Before Judge Freeman.     City court of Newnan.    September 13, 1902.

*W. M. Glass* and *W. C. Wright,* for plaintiff in error.
*H. A. Hall* and *W. S. Hubbard,* contra.

---

